Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Albert Dytch

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

ALBERT DYTCH,

Plaintiff,

vs.

AGAPITO LOERA, et al.,

Defendants.

No. 2:15-cv-01990-WBS-EFB

**STIPULATION FOR DISMISSAL OF ACTION; [~~PROPOSED~~] ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff Albert Dytch and Defendants Agapito Loera; Marie Luz Loera; and Udasin Holdings, Inc. dba Aroma Indian Cuisine, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: January 12, 2016

MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

Dated: January 12, 2016

FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL, P.C.

*/s/ Judith L. Carlisle*
Judith L. Carlisle
Attorneys for Defendants,
Agapito Loera; Marie Luz Loera; and Udasin Holdings, Inc. dba Aroma Indian Cuisine

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: January 12, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE